**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**Minute Entry**

*Hearing Information:*

**Debtor**:  EMPRESA LOCAL GLOBAL INC
**Case Number**:  14-06675-BKT11                                                **Chapter:** 11
**Date / Time / Room**: 4/03/2019  2:00pm
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**:    CARMEN B. FIGUEROA
**Reporter Clerk**:  CARLOS APONTE

*Matter:*

Pretrial Conference to consider: Debtor's objection to claim # 118-1 by **Esau Rios Torres** [docket #351] and claimant's reply [docket #459]; Debtor's objection to claim #318-1 by **Christian Perez Morales** [docket #355] and Claimant's reply [docket #461] and Debtor's objection to claim #131-1 by **Marisol Jusino Cotte** [docket #356] and Claimant's reply [docket #460]   (Claimants represented by attorney Jose M. Gonzalez Navas)

Pretrial Conference to consider: Debtor's objection to claim #62-1 by **Ivette Natal Crespo** [docket #351] and claimant's reply [docket #489]; Debtor's objection to claim #329-1 by **Wilfredo Martínez González** [docket #354] and claimant's reply [docket #489]; Debtor's objection to claim #58-2 by **Madeline Burgos Santiago and Sixto Y. González** [docket #356] and claimant's reply [docket #489]; Debtor's objection to claim #113-1 by **Flor Peña Nieves**  [docket #351] and claimant's reply [docket #482]; Debtor's objection to claim #115-1 by **Iris N. Feliciano Rivera** [docket #351]  and claimant's reply [docket #483]; Debtor's objection to claim #175 by **Damarie Lugo Vázquez** [docket #351] and order granting reconsideration of the order disallowing the objection to claim [docket #603] (Claimants represented by attorney Mireya Baltazar Suazo)

Pretrial Conference to consider: Debtor's objection to claim #37-1 by **Elba Pintado Melendez** [docket #351] and claimant's reply [docket #378]; Debtor's objection to claim #30-1 by **Jeannette Rolón Malavé** [docket #352] and claimant's reply [docket #390]; Debtor's objection to claim #250-1 by **José L. Solivan Santiago** [docket #352] and claimant's reply [docket #373] ;Debtor's objection to claim # 296-1 by **Lilliam Pérez Reyes** [docket #352] and claimant's reply [docket #458]; Debtor's objection to claim #282-2 by **Juan José Ramos Ramos** [docket #356] and claimant's reply [docket #377] and Debtor's objection to claim #305-2 by **Samuel Reyes Figueroa** [docket #356] and Reply [docket #432] (PRO-SE CLAIMANTS)

*Appearances:*

CHARLES ALFRED CUPRILL FOR DEBTOR
MIREYA BALTAZAR SUAZO FOR FOURTY FIVE (45) CLAIMANTS
ELBA PINTADO MELENDEZ, PRO-SE CLAIMANT
ANGEL ORTIZ MORALEZ, SPOUSE AND ON BEHALF OF JEANNETTE ROLON MALAVE, PRO-SE CLAIMANT

## *Minutes of Proceeding:*

1. It was clarified for the record, that the Debtor's objection to claim #305-2 by **Samuel Reyes Figueroa** (docket #356) was granted on August 24, 2017 (docket #519), therefore, the pretrial conference as to this matter becomes moot.

2. The pro-se claimants are: **Janette de la Paz** [claim #8; reply at docket #381]; **Elba Pintado Melendez** [claim #37; reply at docket #378]; **Jeannette Rolón Malavé** [claim #30; reply at docket #390]; **José L. Solivan Santiago** [claim #250; reply at docket #373]; **Lilliam Pérez Reyes** [claim #296; reply at docket #458] and **Juan José Ramos** [claim #282; reply at docket #377].

3. The mailing address and email of the pro-se claimants present in Court are:

Elba Pintado Melendez
Urb. Bella Vista Calle 24 O-49E
Bayamon, PR 00957
lulupintado@gmail.com

Jeannette Rolon Malave
Angel Ortiz Morales, spouse
Urb. Paseos Costa del Sur
Calle 14 #389, Aguirre PR 00704
angelitoortiz24@yahoo.com

4. Attorney Baltazar informed the Court that **Flor Peña Nieves** [claim #113; reply at docket #482] passed away and that she lost contact with **Iris N. Feliciano Rivera** [claim #115; reply at docket 483].

5. Debtor's attorney stated that attorney Nydia Gonzalez Ortiz's eleven (11) claimants/clients have all agreed with the last offer made by the debtor (see docket #652).

6. Debtor's attorney will reach out to attorney Jose Gonzalez Navas to inquire if his three claimants/clients [**Esau Rios Torres** (claim #118; reply at docket #459), **Christian Perez Morales** (claim #318; reply at docket #461) **and Marisol Jusino Cotte** (claim #131; reply at docket #460)] agree with debtor's last offer.

## ***ORDER***:

Based on what was stated in open Court, the debtor is allowed thirty (30) days to file a detail report identifying the claimants/creditors and the last proposed distribution/offer. Once filed, the claimants are allowed fourteen (14) days, thereafter, to file objections, if any.

Objections the debtor's proposed distribution/offer will be scheduled for an Evidentiary Hearing.

SO ORDERED.

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge