# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO. 14-06675 (EAG)** |
| **EMPRESA LOCAL GLOBAL, INC.** | **CHAPTER 11** |
| Debtor | |

## REPORT

**TO THE HONORABLE COURT:**

COMES NOW Debtor, through its undersigned counsel, and respectfully reports as follows, as directed during the hearing of April 3, 2003:

1. On March 12, 2018, Debtor through its counsel forwarded a memorandum to counsel for those claimants represented thereby, making reference to Debtor's notice of the sale of the property described as follows in the Spanish language to Furiel Auto Corp. ("Furiel") for $145,900, to be paid at closing (Docket No. 358)

> **URBANA**: Remanente del Solar tres guión c (3-C) de la Urbanización Industrial San Rafael, situada en la Ciudad de Ponce, Puerto Rico, destinado a uso industrial ligero, con una medida superficial de cero punto tres mil quinientos cincuenta y cinco cuerdas (0.3555 cdas.), equivalentes a mil trescientos noventa y siete punto cuatrocientos setenta y tres metros cuadrados (1,397.473 m/c) y linda por el Norte, con terrenos del Estado Libre Asociado de Puerto Rico y con parcela de uso público; por el Suroeste, con el solar número tres guión D (3-D) de dicha urbanización y solar segregado; por el Sureste, con terrenos del Estado Libre Asociado de Puerto Rico y por el Noroeste, con la calle marginal de Ponce By Pass de la carretera estatal número dos (2).

2. Thereafter, on October 22, 2018, some of the attorneys for the claimants were notified that Furiel had increased its offer to $165,000.

3. As a result of the increase in price from $145,000 to $165,000 and considering that the sale is proposed to be made under Debtor's plan of reorganization filed in this case pursuant to Section 363(f) of the Bankruptcy Code and thus Section 1146 (a) being applicable thereto, the following is a breakdown of the proposed sale and the available funds arising therefrom.

| Sale Price | $165,000.00 | |
|---|---|---|
| Notarial Fees | | To be Paid by Furiel |
| Estimated Priorities | $1,618.66 | Exhibit A |
| Administrative Expenses | $30,000.00 | Exhibit B |
| Balance | 133,381.34 | |

4. The balance of $133,381.34 is to be utilized for the payment of allowed general unsecured claims on a pro-rata basis as indicated in **Exhibit C** hereto.

**WHEREFORE**, it is respectfully requested that Debtor be deemed in compliance with the order of April 3, 2019 and the claimants in Exhibit hereto be directed to submit their position as to Debtor's proposed distribution under the Plan as indicated herein.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Trustee; all CM/ECF participants and by regular postage prepaid en e-mail as follows: to Elba Pintado at Urb. Bella Vista Calle 24-049E, Bayamón, Puerto Rico, 00957, (lulupintado@gmail.com); Ángel Ortiz (Jeannete Rolon husband) at Urb

Paseos Costa del Sur, Calle 14 #389 Aguirre, Puerto Rico, 00704 (angelitoortiz@yahoo.com); José A. Velez Valle at RR01 Box 2555, Añasco, Puerto Rico 00610 and Dionisia Rivera Alicea, HC 08 Box 147, Ponce, Puerto Rico 00731-9424.

San Juan, Puerto Rico, this 24th day of May 2019.

Charles A. Cuprill, P.S.C., Law Offices
356 Fortaleza Street - Second Floor
San Juan, PR  00901
Tel.:  787-977-0515
Fax:  787-977-0518
E-M: ccuprill@cuprill.com

**S/ CHARLES A. CUPRILL-HERNANDEZ**
**USDC-PR 114312**

**Exhibit A**

## ESTIMATED PRIORITIES

| | |
|---|---|
| **Centro de Recaudación de Ingresos Municipales (CRIM)** | $133.20 |
| **Departamento de Hacienda de Puerto Rico** | $1,485.46 |
| **Total** | $1,618.66 |

**Exhibit B**

| Lizette Morales, Esq. | $15,000.00 |
|---|---|
| Charles A. Cuprill, Esq. | $15,000.00 |

**EMPRESAS LOCAL GLOBAL, INC.**  
**CASE NO.**  
**PRO-RATA DIRTRIBUTION OF NET SALES PROCEEDS**

Exhibit C

| | | CLAIMS | PRO-RATA DIVIDEND |
|---|---|---:|---:|
| Alexis Rosado Rivera | 48-1 | $ 20,000.00 | $ 4,736.64 |
| Arelis Negrón Rodríguez | 177-1 | 9,995.00 | 2,367.13 |
| Carmen M. Ortiz Rivera | 127-1 | 7,500.00 | 1,776.24 |
| Duanner Ayala Maldonado | 114-1 | 6,995.00 | 1,656.64 |
| Elsa I. Pastrana Cruz | 428-1 | 7,000.00 | 1,657.82 |
| Félix Rivera Gotay / Migdalia Valedon Hernández | 304-1 | 9,300.00 | 2,202.54 |
| Gladys E. Taboada | 303-1 | 15,900.00 | 3,765.63 |
| Haydee Cajigas Álvarez | 236-1 | 7,800.00 | 1,847.29 |
| Ismael Matos Arbelo / Dolores Montalvo Montalvo | 138-1 | 10,575.00 | 2,504.50 |
| Jeanette Medina Cruz | 432 | 7,000.00 | 1,657.82 |
| José J. Caraballo López | 120-1 | 9,700.00 | 2,297.27 |
| José Luis Fernandini Torres | 123-2 | 15,900.00 | 3,765.63 |
| José E. Molina Molina | 10 | 8,100.00 | 1,918.34 |
| José A. Sánchez Rodríguez / Yaleidy Bey López | 221-2 | 9,568.70 | 2,266.17 |
| José Vázquez Medina | 241-2 | 6,500.00 | 1,539.41 |
| Jesús Rodríguez Marín | 261-1 | 6,495.00 | 1,538.22 |
| Jesús Rodríguez Rivera | 259-1 | 8,995.00 | 2,130.30 |
| Juan C. Avilés Vázquez | 273-1 | 5,700.00 | 1,349.94 |
| Juan A. Rivera Rivera | 154-1 | 8,100.00 | 1,918.34 |
| Juliana M. González López | 350-1 | 10,995.00 | 2,603.97 |
| Ruth H. Lebrón Rivera | 12 | 7,250.00 | 1,717.03 |
| Víctor Vega Núñez | 11 | 5,759.00 | 1,363.91 |
| Carmen M. Osorio Pérez | 171-1 | 9,700.00 | 2,297.27 |
| Celestina Báez Nieves | 348-1 | 9,000.00 | 2,131.49 |
| Elena Otero Otero | 353-1 | 7,500.00 | 1,776.24 |
| Julia Romero Tapia | 339-2 | 7,800.00 | 1,847.29 |
| Leonel Mercado Torres | 260-2 | 10,400.00 | 2,463.05 |
| Lillian Almodóvar Almodóvar | 73-2 | 6,995.00 | 1,656.64 |
| René Rivera Rivera / Lourdes Martínez Miranda | 147-2 | 6,500.00 | 1,539.41 |
| Luis J. Maldonado Martínez | 361-2 | 25,000.00 | 5,920.79 |
| Marilyn Flores Ortiz | 313-2 | 5,900.00 | 1,397.31 |
| Maritza Ayala Tañón / Juan C. Bermúdez | 59-2 | 9,485.00 | 2,246.35 |
| Ramón Rodríguez Rosado | 6 | 7,300.00 | 1,728.87 |
| Ricardo Falero López / Evelyn Borrero | 90-1 | 9,200.00 | 2,178.85 |
| Ruth M. Aquino Muñiz | 285-2 | 7,500.00 | 1,776.24 |
| Wilmynda Rodríguez Rivera / Armando J. Picart | 163-1 | 11,495.00 | 2,722.38 |
| Yaimary Padilla Gil / Jose Orón López | 54-2 | 10,004.00 | 2,369.27 |
| Emilio Orengo Torres / Olga Malave | 435 | 12,700.00 | 3,007.76 |
| John y Graciela Candelaria | 436 | 14,950.00 | 3,540.64 |
| Flor Peña Nieves | 113-1 | 9,932.00 | 2,352.21 |
| Iris N. Feliciano Rivera | 115-1 | 9,251.00 | 2,190.93 |
| Ivette Natal Crespo | 62 | 13,279.74 | 3,145.06 |
| Wilfredo Martínez González | 329-1 | 10,500.00 | 2,486.73 |

| Name | Number | Amount | Amount |
|---|---|---:|---:|
| Madeline Burgos Santiago / Sixto y. González | 58-2 | 7,900.00 | 1,870.97 |
| Damaris Lugo Vazquez | 175 | 7,663.00 | 1,814.84 |
| Elsa I. Pastrana Cruz | 428-1 | 7,000.00 | 1,657.82 |
| Jeanette Medina Cruz | 432 | 7,000.00 | 1,657.82 |
| Yaimary Padilla Gil / Jose Orón López | 54-2 | 10,004.00 | 2,369.27 |
| Ivette Natal Crespo | 62 | 13,279.74 | 3,145.06 |
| Damaris Lugo Vazquez | 175 | 7,663.00 | 1,814.84 |
| Esau Rios Torres | 118 | 6,995.00 | 1,656.64 |
| Mariso Jusino Cotte | 131 | 8,100.00 | 1,918.34 |
| Carlos A. Caraballo Gutierrez | 433 | 8,771.00 | 2,077.25 |
| Elvin Plaza Maldonado | 94-1 | 8,995.00 | 2,130.30 |
| Jose Miguel Arroyo Matias | 93-1 | 13,300.00 | 3,149.86 |
| Juan Yamil Torres Gonzales | 92-1 | 10,300.00 | 2,439.37 |
| Pedro Claudio Alvarado | 427-1 | 10,700.00 | 2,534.10 |
| Ricardo Feliciano Pacheco | 40-1 | 16,000.00 | 3,789.31 |
| Totals | | $ 563,190.18 | $ 133,381.34 |