IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 14-06675-BKT11 |
|---|---|
| EMPRESA LOCAL GLOBAL INC | Chapter 11 |
| 66-0433675 | |
| Debtor(s) | FILED & ENTERED ON JUN/11/2019 |

ORDER

Prior Counsel's Request for Extension of Time to State Position on Report filed by Debtor at Docket No. 678 filed by Lyssette Morales Vidal, Esq., (docket # 679). Order due by June 30, 2019.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11 day of June, 2019.

Brian K. Tester
United States Bankruptcy Judge