Label Matrix for local noticing
0104-2
Case 14-06675-BKT11
District of Puerto Rico
Ponce
Mon Jul 30 02:41:44 AST 2018

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

DANTZLER INC
PO BOX 1026
SABANA SECA, PR 00952-1026

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424-B
SAN JUAN, PR 00902-4140

DEPARTMENT OF TREASURY OF THE COMMONWEALTH O
DEPARTMENT OF JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

Department of Consumer Affairs
Centro Gubernamental Minillas
Ave. Jose De Diego, Pda. 22
Edificio Torre Norte, Piso 8
San Juan, PR 00940

EMPRESA LOCAL GLOBAL INC
1708 PONCE BY PASS
PONCE, PR 00717

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

PR DEPARTMENT OF LABOR
PO BOX 195540
HATO REY, PR 00919-5540

STATE INSURANCE FUND
WALLY DE LA ROSA VIDAL
PO BOX 365028
SAN JUAN, PR 00936-5028

US TRUSTEE
US TRUSTEE
EDIFICIO OCHOA
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1922

US TRUSTEE
EDIFICIO OCHOA
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1922

US Bankruptcy Court District of PR
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

Department of Treasury
Bankruptcy Section (424)
P.O. Box 9024140
San Juan PR 00902-4140

ADAMARYS CASANOVA RIVERA
981 CALLE SAN JOSE
QUEBRADILLAS PR 00678-2820

ADAMARYS CASANOVA RIVERA
APARTADO 1420
HATILLO PR 00659-1420

ADINORATH TORRES CRUZ
HC 02 BOX 9811 JUANA DIAZ
PR 00795-9698

AIDA L SERRANO COLLAZO
BAUTA ABAJO
SECTOR MAHUELLES
OROCOVIS PR 00720

ALBERTO LUIS RAMOS QUILES
PO BOX 311
OROCOVIS PR 00720-0311

ALEIDA BERRIOS BERRIOS
HC 72 BOX 3724
NARANJITO, PR 00719-9784

ALELIS DE ALBA RODRIGUEZ
COM POZUELO RR1
BOX 6364
GUAYAMA PR   00784

ALEXANDER SANTOS DEL VALLE
HC 5 BOX 5339
JUANA DIAZ PR 00795-9830

ALEXANDRO VELAZQUEZ TORRES
CALLE BAGAZO 5358
PONCE PR 00728-2433

ALEXIS ROSADO RIVERA
HC 02 BUZON 6570
LARES PR 00669-9715

ALEXIS ROSADO RIVERA
HC02 BOX 6570 BO. BUENOS AIRES
LARES PR 00669-9715

ALEXIS SANCHEZ COLON
HC 05 BOX 46481
VEGA BAJA PR 00693-9657

ALFONSO PIZARRO
URB BRISAS DEL PRADO
C GARZA C 12 APT 1731
SANTA ISABEL PR 00657

ALFREDO ORTIZ PAGAN
MARIA D TOSSAS COLON
URB VILLA FLORES CALLE GIRASOL 2563
PONCE PR 00716-2916

ALFREDO S RETAMAL
PO BOX 7979
PONCE PR 00732-7979

AMADIES RAMOS VALENTIN
PO BOX 262
CASTANTER PR 00631-0262

AMADIS HERNANDEZ CARRASQUILLO
SALVEN 1689 RIO PIEDRAS HEIGHTS
SAN JUAN PR 00926

AMALIA HERRERA ARROYO
URB CORCHADO CALLE GARDENIA
172
ISABVELA PR 00602

AMAURY RODRIGUEZ RAMIREZ
URB ALTURAS DE SAN JOSE
CALLE 21 00 26
SABANA GRANDE PR 00637


AMERICO LAZU CLAUDIO
HC5 BOX 5153
YABUCOA PR 00767-9445

ANA D MALDONADO
771 S EAST AVE APT 38
VINELAND NJ 08360-5979

ANA L RIVERA ACEVEDO
PO BOX 401
PENUELAS PR 00624-0401


ANEUDY CASTRO HUERTAS
HC 01 BOX 31003 J.D.
PR 00795-9736

ANGEL L IRIZARRY RIVERA
HC 02 BOX 6577
ADJUNTAS PR 00601-9281

ANGEL LUIS PEREZ VAZQUEZ
HC 09 BOX 1599
PONCE PR 00731-9747


ANGEL LUIS PEREZ VEGA
URB ALEMANY
NUM 59 ALEMANY
MAYAGUEZ PR 00680-2323

ANGEL MATOS TORRES
APT 837
PENUELA PR  00624

ANGEL R REYES ZAYAS
URB FLAMBOYANES
CALLE LILAS 1604
PONCE PR 00716 4612


ANGEL VELEZ COTTE
HC 4 BOX 25424
LAJAS PR 00667

ANGELES MORALES
HC 01 3187
LARES PR 00669-9620

ANGELICA RODRIGUEZ RAMOS
HC 04 BOX 8763
AGUAS BUENAS PR 00703-8840


ANTHONY CALES TORRES
BO PLAYA #107 5956
GUAYANILLA, PR 00656

ARELIS NEGRON RODRIGUEZ
2031 CALLE NUEVA VIDA
YAUCO PR 00698-4884

ARGELIS AYALA CORDERO
HC02 BOX 13114
MOCA PR 00676-8241


ARNALDO CENTENO BATISTA
CALLE MANUEL COLO 39
FLORIDA PR 00650-2014

ASSOCIATES
PO BOX 11917
SAN JUAN, PR 00922-1917

ASSOCIATES FINANCE
PO BOX 11917
SAN JUAN, PR 00922-1917


AUGUSTO ROSA ACEVEDO
HC 04 BOX 48040
AGUADILLA PR 00603-9860

AURELYS MONTALVO BORRERO
ENRIQUE ORTIZ MORALES
URB EL ROSARIO
CALLE 1 #61 YAUCO PR 00698

AXEL CARDONA RIVERA
CALLE BOBBY CAPO 114
COAMO PR 00769-2414


AXEL D. FERNANDEZ GUZMAN
HC 08 BOX 753
PONCE PR 00731-9453

AXELMAEL ORTIZ SOLIVAN
HC 01 BOX 9188
GUAYANILLA PR 00656-9412

Angel A. Garcia Rivas
Urb. Los Colobos Park
EE-5 Calle 104
Carolina, PR 00987


BESSIE RODRIGUEZ
PO BOX 5114
NEW BEDFORD MA 02745

BETHSAIDA PAGAN FELICIANO
HC01 BOX 3622
ADJUNTAS PR 00601-9549

BRENDA I MIRANDA
PO BOX 1828
COAMO PR 00769-1828

BRENDALIZ VELEZ VALLE
RR01 BUZON 2555
ANASCO PR 00610-9775

BRENDANET ALVELO
CALLE PADRE QUINONES EXT NUM 4
AGUAS BUENAS PR 00703

BRUNO H RUIZ DE PORRAS
HC 645 BOX 6313
TRUJILLO ALTO, PR 00976-9769

CARLOS A BARBOSA MARTINEZ
BARRIADA FERRAN
13 CALLE C
PONCE PR  00730

CARLOS A. CARABALLO GUTIERREZ
ZULAIKA GARCIA CARABALLO
CALLE HERIBERTO TORRES #3
BARRIADA GUAYDIA
GUAYANILLA, P.R. 00656-1203

CARLOS ADALBERTO FUENTES CLORADO
1655 S HIGHLAND AVE
APT J292
CLEARWATER FLORIDA 33756-6367

CARLOS J RIVERA VALLEJO
HC 05 BOX 10766
COROZAL PR 00783-9692

CARLOS LUIS GARCIA GONZALEZ
PO BOX 333 SALINAS PR 00751

CARLOS OCASIO SAEZ
HC 1 BOX 6615
OROCOVIS PR 00720-9287

CARLOS RUBEN TORRES MARTINEZ
PO BOX 520
CAGUAS PR 00726-0520

CARMELO CABRERA ROSADO
HC 77 BUZON 8589
VEGA ALTA PR 00692-9623

CARMELO MARTINEZ
PO BOX 2492
GUAYNABO PR 00970-2492

CARMELO TORRES CRUZ
HC 03 BOX 33842
HATILLO PR 00659-7854

CARMEN A RAMOS CARABALLO
HC 02 BOX 14409
GUAYANILLA PR 00656-9824

CARMEN D HERNANDEZ HERNANDEZ
APARTADO 599
BARCELONETA PR 00617-0599

CARMEN I PEREZ ARCE
HC02 BOX 5588
LARES PR 00669-9706

CARMEN M ORTIZ RIVERA
PO BOX 5013
VEGA ALTA PR 00692-5013

CARMEN M OSORIO PEREZ
PO BOX 1149
VIEQUES PR 00765-1149

CARMEN M RODRIGUEZ MALAVE
PMB 278
PO BOX 7891
GUAYANABO PR 00970-7891

CARMEN MERCEDES BELARDO CARMONA
HC 01 BOX 7966
VIEQUES PR 00765-9143

CARMEN RAMIREZ CRUZ
PALMAREJO COTO LAUREL 323
PONCE PR 00780

CAROLYN MATIAS VEGA
RES BRISAS DEL MAR
EDF NUM 6 APT 64
SALINAS PR 00751

CASSANDRA THOMPSON
PO BOX 8295
CHRISTIANSTED VI 00823-8295

CELESTINA BAEZ NIEVES
BOX 9084
CAGUAS, PR 00726-9084

CESAR R ROSARIO MERCADO
HC55 BOX 25182
CEIBA PR 00735-9753

CHARNEIDA SANTIAGO GONZALEZ
HC 05 BOX 10135
MOCA PR 00676-9702

CHRISTIAN PEREZ MORALES
HC 03 BOX 10282
SAN GERMAN PR 00683-9317

CINDY ECHEVARRIA VELEZ
EL CAFETAL II CALLE VILLALOBOS P1
YAUCO PR 00698

CITI CARDS
PO BOX 11917
SAN JUAN, PR 00922-1917

CITIBANK
PO BOX 11917
SAN JUAN, PR 00922-1917

CITIBANK CCSI
PO BOX 11917
SAN JUAN, PR 00922-1917

CITIBANK MORTGAGE
PO BOX 11917
SAN JUAN, PR 00922-1917

CITIBANK NA
PO BOX 11917
SAN JUAN, PR 00922-1917

CITIBANK SOUTH DAKOTA
PO BOX 11917
SAN JUAN, PR 00922-1917

CITIBANK USA
PO BOX 11917
SAN JUAN, PR 00922-1917

CITICARDS
PO BOX 11917
SAN JUAN, PR 00922-1917

CITICARDS CREDIT SERVICES
PO BOX 11917
SAN JUAN, PR 00922-1917

CITICARDS SEARS
PO BOX 11917
SAN JUAN, PR 00922-1917

CITICORP DINERS
PO BOX 11917
SAN JUAN, PR 00922-1917

CITICORP FINANCE
PO BOX 11917
SAN JUAN, PR 00922-1917

CITIFINANCIAL
PO BOX 11917
SAN JUAN, PR 00922-1917

CLARABELL AVILES RIVERA
PO BOX 902
BARRANQUITAS PR 00794-0902

CLARITZA VELAZQUEZ VELAZQUEZ
HC 02 BOX 7096
LAS PIEDRAS, PR 00771-9779

CRISTY DAVID ROSARIO
HC 01 BOX 6035
SANTA ISABEL PR 00757-9793

DAMARIE LUGO VAZQUEZ
HC 10 BOX 7650
SABANA GRANDE PR 00637-9694

DANIEL CALDERON
PO BOX 1291
MOROVIS PR 00687-1291

DANIEL FIGUEROA ROBLES
HC 03 BOX 31501
MOROVIS PR 00687-9063

DARIO HERNANDEZ SANCHEZ
HC4 BOX 11620
YAUCO PR 00698-9517

DAVID NIEVES
HC 02 BOX 14150
LAJAS PR 00667-9336

DEPARTAMENTO DE HACIENDA
PO BOX S-2503
SAN JUAN, PR  00936

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 424-B
PO BOX 9024140
SAN JUAN PR 00902-4140

DEVIN O TORRES
HC 04 BOX 13497
SAN GERMAN PR 00683-9570

DINORAH ARCE HERNANDEZ
BOX 1926
MOCA PR 00676-1926

DIONISIA RIVERA ALICEA
HC 08 BOX 147
PONCE PR 00731-9424

DORAL
PO BOX 71306
SAN JUAN, PR  00936-8406

DORAL FINANCIAL CORPORATION
LOPEZ SANCHEZ PIRILLO & HYMOVITZ LLC
PO BOX 11917
SAN JUAN, PR 00922-1917

DORIS NIEVES RIVERA
PO BOX 1001
BAYAMON PR 00960-1001

DUANNER AYALA-MALDONADO
PO BOX 426
CULEBRA, PR 00775-0426

EDDIE ALBERTO TORRES QUINTANA
RR 03 BZN 10812
ANASCO PR 00610-9208

EDGAR J GONZALEZ IRIZARRY
HC01 BOX 3000
BAJADERO PR 00616-9832

EDGARDO L SANCEHEZ
AVE PERIFERAL B1 NUM 14
CUIDAD UNIVERSITARIA
TRUJILLO ALTO PR  00976

EDUARDO FELIPE LOZADA MONTANEZ
HC 02 BOX 28877 CAGUAS PR 00727

EDWIN A CABALLERO ACUMULADA
HC02 BOX 47674
SABANA HOYOS PR 00688


EFRAIN E ARROYO GONZALEZ
29 CALLE ROSICH PONCE
PR 00730-2960

EFRAIN LOPEZ NIEVES
CALLE FRANCIA 14
JARD DE MONACO 2
MANATI PR 00674-6632

EFRAIN RODRIGUEZ MEDINA
PABLO TORRES MEDINA
HC 08 BUZON 941
PONCE PR 00731-9483


EIDSA FIGUEROA PEREZ
CALLE 13 BLOQ 24 NUM 12
MIRAFLORES
BAYAMON PR 00957-3738

ELBA L CRESPO ROMAN
PO BOX 4683
SAN SEBASTIAN PR 00685-4683

ELBA MARIA RODRIGUEZ RODRIGUEZ
Y O LUIS FELICIANO CARABALLO
HC 01 BUZON 6306
YAUCO PR 00698-9711


ELBA PINTADO MELENDEZ
URB BELLA VISTA
CALLE 24 049 E
00957

ELENA OTERO OTERO
CALLE CANAS #23
ADJUNTAS PR 00601-2105

ELSA I PASTRANA CRUZ
BDA STGO YUMA 295
NAGUABO PR 00718


ELSIE YOLANDA GINES RIVERA
HC 44 BOX 13125
CAYEY PR 00736-9751

ELVIN CRUZ MORAN
URB VILLA DEL CARMEN
D 67
CABO ROJO PR 00623

ELVIN PLAZA MALDONADO
RES VILLA VALLE VERDE
F 70
ADJUNTAS PR 00601


EMANUEL J ORTEGA SOTO
HC 75 BOX 1237
NARANJITO PR 00719-9798

EMILIO ORENGO TORRES
206 CALLE DR. VEVE
MAYAGUEZ, PR 00682-3157

EMMANUEL CRUZ CRUZ
HC 09 BOX 1772
PONCE PR 00731-9752


ERIC G LUGO MONTALVO
EXT SANTA TERESITA
4911 SAN PABLO
PONCE PR 00730 4530

ERLYN M SAEZ DIAZ
HC 03 BOX 9114
COMERIO, PR 00782-9511

ESAU RIOS TORRES
HC 3 BOX 9836
SAN GERMAN PR 00683-9724


EVARISTO MORALES FELICIANO
PO BOX 725
OROCOVIS PR 00720-0725

EVELYN DECLET RUIZ
BO PALO ALTO
MANATI PR 00674

EVELYN MALDONADO ROBLEDO
HC 5 BOX 5921 JUANA DIAZ
PR 00795-9905


EVELYN SANTOS COLON
PO BOX 672
VILLALBA PR 00766-0672

FELIX MATOS ACOSTA
CECILIA MATOS
PMB 210 PO BOX 5103
CABO ROJO PR 00623-5103

FELIX QUILES MARCANO
HC 01 BOX 2932 JAYUYA
PR 00664 8621


FELIX RIVERA GOTAY
MIGDALIA VALEDON HERNANDEZ
503 CALLE MARGARITA, COTO LAUREL
PR 00780-2836

FLOR PEA-NIEVES
PO BOX 257
CULEBRA, PR 00775-0257

FRANCISCO JAVIER JURADO HERNANDEZ
PO BOX 1501
CIDRA PR 00739-1501

FRANCISCO MATEO TORRES
CALLE VICTORIA MATEO NUM 9
SALINAS PR 00751-3385

FRANK HERNANDEZ GOMEZ
HC 11 BOX 12094
HUMACAO PR 00791

FUNDADOR ALBARRAN IRIZARRY
PO BOX 562
YAUCO PR 00698-0562

GABRIEL J CARABALLO MARTINEZ
HC 03 BOX 12405
YABUCOA PR 00767-9775

GABRIEL MALDONADO VAZQUEZ
BO CAMARONES 10100
CARRETERA 560
VILLALBA PR 00766

GABRIEL VARGAS LUGO
HC 4 BOX 26260
LAJAS PR 00667

GAMALIEL RODRIGUEZ
PO BOX 331646
PONCE PR 00733 1646

GAMALIER RIVERA RIVERA
URBANIZACION CANA QQ 24
CALLE 6A APT 1
BAYAMON PR 00957

GERARDO JUAN RIVERA VERDEZ
PO BOX 265
SAN ISABEL PR 00757-0265

GERMAN D DIAZ RUIZ
HC 01 BOX 7147
YAUCO PR 00698-9719

GILBERTO ELOSEGUI
PO BOX 1370
JUNCOS PR 00777-1370

GIOVANI VALENZUELA
1909 TOLBERT TERR APT 202
CHESTER VA 23836-2825

GLADYS E TABOADA
CALLE CENTRAL NUM 131
COTO LAUREL PONCE PR 00780-2103

GLADYS I IRRIZARY
CALLE MAGNOLIA NUM 106B
PONCE PR 00730-3598

GLORYMAR RIVERA
PO BOX 32
RIO GRANDE PR 00745-0032

GLORYVEE REYES FIGUEROA
HC 02 BOX 6080 ALTOS CORRALES
JAYUYA PR 00664-9620

GLORYVETTE RAMOS MARTINEZ
PO BOX 630
ADJUNTAS PR 00601-0630

GRACIELA LOPEZ HERNANDEZ
PO BOX 286
COMERIO PR 00782-0286

GRUPO ORACION CAPILLA
SAN MIGUEL DE LOS SANTO S
PO BOX 525
ISABELA PR 00662-0525

HABITAT FOR HUMMANITY OF PUERTO RICO INC
1357 ASHFORD AVE PMB 135
SAN JUAN PR 00907-1400

HAYDEE CAJIGAS ALVAREZ
HC 02 BOX 40911
RIO ABAJO SECTOR HOYO
VEGA BAJA PR 00693-9605

HAYDEE CAJIGAS ALVAREZ
HC02 BOX 40911 RIO ABAJO
VEGA BAJA PR 00693-9605

HECTOR E OLIVERAS SANTIAGO
CALLE 5 DE OCTUBRE 42 INTERIOR
SANTA ISABEL PR 00757

HECTOR L TORRES GONZALEZ
BB2 BOX 6806
MANATI PR 00674

HECTOR ORTIZ COTTO
HC71 BOX 7028
CAYEY PR 00736-9545

HERIBERTO SANCHEZ ORTIZ
HC 02 BOX 4637
BARRIO HAYALES SEC HAMADA
COAMO PR 00769-9566

HILDA GISELLE  FLORES SANTIAGO
EL TORITO CALLE 1 G 29
CAYAYE PR 00736

HIRAM M VAZQUEZ GRACIA
HC 3 BOX 10001
SAN GERMAN PR 00683-9723

IDOEL PEREZ DIAZ
HC 01 BOX 6706
AIBONITO PR 00705-9778

ILIA TORRES
39 BANCROFT STREET
SPRINGFIELD MA 01107-1901

INTERNAL REVENUE SERVICE
CITY VIEW PLAZA II
48 HWY 165 SUITE 2000
GUAYNABO PR 00968 8000

IRIS E ORTIZ ORTIZ
RR 1 BOX 10632
OROCOVIS PR 00720-9611

IRIS MORALES CARMONA
COND QUINTAVALLE NUM 110
C/ ACUARELA BOX 43
GUAYNABO PR 00969


IRIS N. FELICIANO-RIVERA
PO BOX 233
CULEBRA, PR 00775-0233

IRMA PABON LOPEZ
URB JARDINES DEL MAMEY G38
CALLE 4 APT 701
PATILLAS PR 00723

ISMAEL MATOS ARBELO
HC-04 BOX 17259
CAMUY PR 00627-7601


ISMAEL ORTIZ SOTO
4 DIOSDADO DONES
252 COCO NUEVO
SALINAS PR  00751

ISRAEL ALVARADO MERCADO
HC 72 BOX 3882
NARANJITO PR 00719-8761

ISRAEL GARCIA PARCELA SAN ANTONIO
6 CALLE 6
DORADO PR 00646-5847


ISRAEL MEDINA RODRIGUEZ
MILAGROS CARABALLO VILLEGAS
RR 10 BUZON 5212
SAN JUAN PR 00926

ISRAEL RUIZ ROSARIO
HC 03 BOX 30527
AGUADA PR 00602-9748

IVAN ARROYO DIAZ
CALLE DORADO 337
ESTANCIAS DE BARCELONETA
BARCELONETA PR 00617-2405


IVAN RODRIGUEZ RODRIGUEZ
HC 63 BOX 3658 PATILLAS
PR 00723-9623

IVETTE NATAL CRESPO C/O VARONICA NATAL
7202 BARKER CYPRESS RD APT 8203
CYPRESS TEXAS 77433-2924

Isis Morales Carmona
Con. Quintavalle # 110
Calle Acuarela Box 43
Guaynabo, PR 00969


JANET MEDINA CRUZ
133 CEIBA ST
URB BRISAS DE EMAJAGUAS
MAUNABO PR 00707-3823

JANETTE DE LA PAZ CONTRERAS
PMB 549 CALLE SIERRA MORENA 267
SAN JUAN PR 00926-5574

JANICE PEREZ AVILES
BO LAS GRANJAS CALLE PEREZ Y TORREZ
VEGA BAJA PR 00693


JAVIER AVILES  ALICEA
Y NELIDA RAMIREZ RUIZ
CALLE AYMACO E 11
URB LAS HACIENDAS
CAGUAS PR 00727-7731

JAVIER GUTIERREZ SANTIAGO
PO BOX 341
CATANO PR 00963-0341

JEANNETTE ROLON MALAVE
URB PASEOS COSTA DEL SUR
CALLE 14 NUM 389
AGUIRRE PR 00704-2883


JESSICA CARRASQUILLO SANCHEZ
HC 01 BOX 11141
CAROLINA PR 00987-9660

JESSICA PEREZ RIOS
HC 01 BOX 4035
ADJUNTAS PR 00601-9572

JESSY ROSARIO MELENDEZ
ALTURAS 2 CALLE 7G7
PENUELAS PR  00624


JESUS F SALGADO MARRERO
BO CAMPANILLA
CALLE DEL MONTE P38A
TOA BAJA PR  00949

JESUS RODRIGUEZ MARIN
HC 03 BOX 10946 JUANA DIAZ
PR 00795-9849

JISNIL ORTA CORREA
PO BOX 732
JUANA DIAZ PR 00795-0732


JOEL RODRIGUEZ RODRIGUEZ
HC 02 BOX 7839
GUAYANILLA PR 00656-9826

JOHANS ROMERO VALENTIN
HC 03 BOX 19106
VEGA BAJA PR 00693-9701

JOHN & GRACIELA CANDELARIA
591 BROOKLYN AVENUE
BALDWIN, NY 11510-2606

JORGE A GARCIA CRUZ
HC04 BOX 22204
LAJAS PR 00667-9422

JORGE A ORTIZ CRUZ
PO BOX 1442
COAMO PR 00769-1442

JORGE A ROMAN AQUINO
HC03 BOX 17982
QUEBRADILLAS PR 00678-9774

JORGE M TORRES
EVELYN DE JESUS MELENDEZ
RR 02 BOX 6114
CIDRA PR 00739-9533

JORGE VALENTIN GONZALEZ
HC 4 BOX 407771
SAN SEBASTIAN PR 00685

JOSE A BULTED SANTOS
HC-38 BOX 6797
GUANICA PR 00653

JOSE A MELENDEZ ENCARNACION
HC02 BOX 12614
VIEQUES PR 00765-9463

JOSE A MERCADO MALDONADO
PO BOX 738
VEGA BAJA PR 00694-0738

JOSE A RAMOS Y LEILA RAMOS
256 HEWES ST BROOKLYN NY 11211-8308

JOSE A RIVERA ROSADO
APARTADO 1281
ANASCO PR 00610-1281

JOSE A SANCHEZ RODRIGUEZ
Y O YALEIDY  BEY LOPEZ
HC 01 BOX 3138
LAS MARIAS PR 00670-9432

JOSE A VELEZ VALLE
RR01 BZN 25 55 00610
ANASCO PR 00610

JOSE ANTONIO SOSA MUNOZ
HC 03 BOX 40212
CAGUAS PR 00725-9732

JOSE E MOLINA MOLINA
PO BOX 815
TOA BAJA PR 00951-0815

JOSE J CARABALLO LOPEZ
HC01 BOX 3836
ADJUNTAS PR 00601-9558

JOSE L FERRER PEREZ
HC 02 BOX 9453
JUANA DIAZ PR 00795-9677

JOSE L ORTIZ
1800 JACKSONVILLE JOBSTOWN
NEW JERSEY BORDENTOWN 08505-4116

JOSE L SOLIVAN SANTIAGO
BO FARALLON CARRETERA 742
BUZON 27309
CAYEY PR  00736

JOSE L VAZQUEZ ZAYAS
HC6 14673
COROZAL PR 00783-7824

JOSE LUIS FERNANDINI TORRES
PO BOX 632
ADJUNTAS PR 00601-0632

JOSE LUIS FERRER PEREZ
HC-02 BOX 9453
JUANA DIAZ PR 00795-9677

JOSE LUIS RIVERA RIOS
HC 73 BOX 5781 SUITE 110
NARANJITO PR 00719-9149

JOSE M CORREA ALVARADO
HC 01 BOX 2477
JAYUYA, PR 00664-8608

JOSE M RIOS
1844 SW BRADWAY LANE
PORT SAINT LUCIE, FL 34953-1676

JOSE M TORRES COLON
Y O MARIA M COLON
HC 3 BOX 7995
BARRANQUITAS PR 00794-8583

JOSE MANUEL MALDONADO OSORIO
CALLE LAGUNA 311 IMT VILLA PALMERAS
SAN JUAN PR 00915

JOSE MANUEL PEREZ MORALES
R 01 BOX 11977
TOA ALTA PR 00953-9742

JOSE MIGUEL ARROYO MATIAS
HC02 BOX 6446
ADJUNTAS PR 00601-9259

JOSE QUINTERO ARROYO
CALLE CLAVEL 1532
ROUND HILLS
TRUJILLO ALTO PR 00976-2732

JOSE R DELGADO
PO BOX 927
YABUCOA PR 00767-0927

JOSE SOSTRE
PO BOX 1194
VEGA BAJA PR 00694-1194

JOSE VAZQUEZ MEDINA
JESUS MARIA LAGOS
M32
UTUADO PR  00641

JOSELYN HERNANDEZ RODRIGUEZ
PO BOX 851
PENUELAS PR 00624-0851


JOSUE RODRIGUEZ
PO BOX 678
ARROYO PR 00714-0678

JUAN A RIVERA RIVERA
PO BOX 217
CIALES PR 00638-0217

JUAN ALFONSO ALICEA RIVERA
APTDO 476
ADJUNTAS PR 00601-0476


JUAN C AVILES VAZQUEZ
PARCELAS AMADEO NUM 5
AVENIDA ANGEL SANDIN
VEGA BAJA PR 00693

JUAN C SANTIAGO
HC04 BOX 6791
YABUCOA PR 00767-9509

JUAN CRUZ MIRANDA
BUZON 113 CARR 643
BO PUGNADO
MANATI PR 00674-9879


JUAN J VELEZ MORALES
PO BOX 29916
65 INF STA
SAN JUAN PR 00929-0916

JUAN JOSE RAMOS
PO BOX 2641
GUAYAMA PR 00785-2641

JUAN ORTIZ RIVERA
HC 05 BOX 6167
AGUAS BUENAS PR 00703-9056


JUAN YAMIL TORRES GONZALEZ
HC02 BOX 6497
BARRIO VEGAS ARRIBA
ADJUNTAS PR 00601-9266

JUANITA IRRIZARY ORTIZ
CALLE FLAMBOLLAN
NUM 97 A NORTE GRANDE
CABO ROJO PR  00623

JULIA ROMERO TAPIA
RES CASTOR AYALA
EDF 8 APT 50 LOIZA PR 00772


JULIANA M GONZALES LOPEZ
PO BOX 578
CIDRA PR 00739-0578

JULIO A ACEVEDO SOLER
HC 03 BOX 31980
FLORIDA PR 00650

JULIO C SALGADO SANTIAGO
HC 02 BOX 3386
NARANJITO PR 00789


JUSTINA PIZARRO ALEJANDRO
CARR 968 KM 2.5 LOS COLES
PALMER RIO GRANDE 00721

KANNY LABOY LABOY
BO. MOSQUITO PAD 1
CALLE A BUZON 1139
AGUIRRE PR 00704

KARINA BATISTA RUIZ
PO BOX 440
MARICAO PR 00606-0440


KIARA ROJAS RIVERA
HC 74 BOX 6004
NARANJITO PR 00719-7422

KIARELYS CLEVEN REYES
AVE ESTEBES NUM 265
UTUADO PR 00641-3029

KYSHIA RAMOS RIVERA
URB JARDINES AVILA
CALLE I42
CEIBA PR  00735


LADIE CUBI SANTIAGO
752 S EAST AVE APT B17
VINELAND NJ 08360-5826

LAURA NAZARIO
PO BOX 370059
CAYEY PR 00737-0059

LENNISSO AMARO FONSECA
HC3 BOX 9955
YABUCOA PR 00767-9715


LEOMARIS COLON ORTIZ
PO BOX 1008
AIBONITO, PR 00705-1008

LEONARDO RIVERA FELICIANO
CALLE 9A NUM 14A
NUEVA VIDA
EL TUQUE
PONCE PR 00728

LEONEL MERCADO TORRES
HC 02 BOX 3499
PENUELAS PR 00624-9635

LILLIAM I MATEO
HC 04 BOX 7030
COAMO PR 00769-9687

LILLIAM MARQUEZ MENDEZ
URB LOS RODRIGUEZ C 20
CAMUY PR 00627-2842

LILLIAM PEREZ REYES
PMB 446
PO BOX 2400
TOA BAJA PR 00951-2400

LILLIAN ALMODOVAR ALMODOVAR
HC 01 BOX 17056
HUMACAO PR 00791-9024

LISA M PEREZ GONZALEZ
PO BOX 3285
AMELIA CONTRACT STATION
CATANO PR 00963-3285

LISVETTE LOZADA RIVERA
HC 06 BOX 13691
COROZAL PR 00783-7813

LIZ Y NUNEZ RIVERA
HC 4 BOX 43925 LARES
PR 00669-9429

LOURDES D GONZALEZ MONTANEZ
267 CALLE SIERRA MORENA PMB 787
SAN JUAN PR 00926-5574

LOURDES M DIAZ VALLES
1103 MAIN ST
HOLYOKE MA 01040-7404

LOURDES ORTIZ FANTAUZZI
COLINAS DE FAIRVIEW CALLE 223 4S44
TRUJILLO ALTO PR 00976-8222

LUCILA JORGE CINTRON
43 CALLE DOCE DE OCTUBRE
PONCE, PR 00730-3145

LUCILLE MARIE FIGUEROA NEGRON
HC 01 BOX 3245
VILLALBA PR 00766-9737

LUIS A CRUZ GOMEZ
HC 01 BOX 5832
JUNCOS PR 00777-9706

LUIS A FIGUEROA MALDONADO
URBANIZACION LA MATILDE
CALLE IGNACIO 5228
PONCE PR 00728

LUIS A FIGUEROA NARVAEZ
BOX 462
TOA ALTA PR 00954-0462

LUIS A RIVERA OJEDA
621 LAS VEREDAS
UTUADO PR 00641-7534

LUIS A VELEZ RODRIGUEZ
RR8 BOX 1996 PMB 233
BAYAMON PR 00956

LUIS CUADRADO MARQUEZ
HC 05 BOX 4902
LAS PIEDRAS PR 00771-9642

LUIS F PEREZ LORENZO
HC 03 BOX 35500
MOCA PR 00676-9257

LUIS G SOTO VARGAS
HC 03 BOX 5350
ADJUNTAS PR 00601-9355

LUIS J LAVIENA VELAZQUEZ
HC 01 BOX 17306
BO MARIANA 3
HUMACAO PR 00791-9044

LUIS J MALDONADO MARTINEZ
PO BOX 461
MOROVIS PR 00687-0461

LUIS LOPEZ O RAFAEL CORREA
PO BOX 62
CANOVANAS PR 00729-0062

LUIS MARTI LUGO
HC 7 BOX 32047
HATILLO PR 00659-9316

LUIS R AGOSTO RIVERA
PO BOX 638
VIEQUES PR 00765-0638

LUZ M CARTAGENA RAMOS
CALLE 47 AU 31
URB LA HACIENDA
GUAYAMA PR 00784-7127

LUZ M DE ARMAS LOPEZ
PO BOX 1233
GUAYAMA PR 00785-1233

LUZ M FELICIANO VAZQUEZ
PO BOX 3322 MARINAS STATION
MAYAGUEZ PR 00681-3322

LUZ R SANTOS BERRIOS
HC03 BOX 7641
BARRANQUITAS PR 00794-8521

MADELINE BURGOS SANTIAGO
SIXTO Y GONZALEZ
HC 01 BOX 3594
MOROVIS PR 00687-8133

MANUEL A MIRANDA MORALES
BZN 469 APT 2
SETOR PITILLO
MAYAGUEZ PR 00682-7308

MANUEL ANTONIO BAEZ REYES
K14 H M 3 APARTADO 1344
CIDRA PR 00739-1344

MANUEL CANABAL LOPEZ
C/O DORIS LOPEZ
PO BOX 2403
ISABELA, PR 00662-9403

MANUEL REYES SANTOS
URB VISTA MONTE
CALLE 2 C22 CIDRA PR
00739

MARCELINA SOTO CEDENO
HC 2 BOX 5152
GUAYAMA PR 00784-7815

MARGARITA MERCADO SIERRA
VILLA DEL REY 4TA SECC
4X8 CALLE 10
CAGUAS PR 00727-6825

MARGARITA RODRIGUEZ BAEZ
CALLE 2 B17 URB EL COQUI II
CATANO PR 00962

MARIA COLON COLON
EDDIE W ROSADO
HC 4 BOX 54202
MOROVIS PR 00687-7148

MARIA DEL L GARCIA TRUJILLO
HC 23 BOX 6035
JUNCOS PR 00777-9708

MARIA FRANQUI ARCE
HCO 3 32470
HATILLO PR 00659

MARIA L VEGUILLA CARTAGENA
PO BOX 2046
AIBONITO PR 00705-2046

MARIA LAVIERA LAVIERA
HC 01 BOX 17336
HUMACAO, PR 00791-9044

MARIA M RUBERT SOTO
APARTADO 38
SAN LORENZO PR 00754-0038

MARIA RODRIGUEZ HERNANDEZ
29 CALLE AGUA
PONCE PR 00730-3080

MARIA RUIZ
805 TAYLOR AVE 14B
BRONX NY 10473-3331

MARIA S RODRIGUEZ LOPEZ
RR 4 BO ARENAS BUZON 5224
CIDRA PR 00739

MARIA V TORO AYALA
126 URB SAN ANTONIO
SABANA GRANDE PR 00637-1542

MARIANELA DIAZ MARTINEZ
HC1 BOX 3193 BO PALMAS
ARROYO PR 00714-9748

MARIANO ORTIZ FLORES
HC 09 BOX 1614
PONCE, PR 00731-9748

MARIBEL NEGRON LOZADA
AND JOSE VAZQUEZ
HC 71 BOX 2825
NARANJITO PR 00719-9706

MARILYN FLORES ORTIZ
HC01 BOX 5914
OROCOVIS PR 00720-9259

MARISOL JUSINO COTTE
HC 04 BOX 22143
LAJAS PR 00667-9421

MARISOL RAMOS SANCHEZ
RR 6 BOX 10939
SAN JUAN, PR 00926-9475

MARITZA AYALA TANON
JUAN C BERMUDEZ
HC 3 BOX 10636
COMERIO PR 00782-9561

MARLA E FIGUEROA
QDA LIMON
PONCE PR 00731

MARLENE RODRIGUEZ RIVERA
PO BOX 3239
JUNCOS PR 00777-6239

MARTA RIVERA RUIZ
CALLE 29 AC12
TOA ALTA PR 00953-4310

MARY J QUESADA VALENTIN / SONIA N QUESADA
PO BOX 382
ARROYO PR 00714-0382

MARYSOL MONTES VAZQUEZ
5 PACHECO SUR
YAUCO PR 00698-3502

MAYRA SILVESTRINI SANTIAGO
CALLE GALLARDO 2139
PONCE PR 00728-2933

MEDALIA RIVERA
2032 LEXINGTON AVE 5A
NYC 10035-2214

MELANIE VELAZQUEZ ROJAS
CARR 853 HC 03 BOX 12111
CAROLINA, PR  00987

MELVIN PEREZ SANTIAGO
3282 BOLLAR RD
WEST PALM BEACH FL 33411-6474

MELWIN DIAZ DIAZ
PO BOX 267
HUMACAO PR 00792-0267

MICHAEL DAVIS CARRILLO
HC 646 BOX 6339
TRUJILLO ALTO PR 00976

MIGDALI TORRES BERMUDEZ
PO BOX 552
SANTA ISABEL PR 00757-0552

MIGDALIA L MARTINEZ
34 B ST ALPHONSUS
ROXBURY MA 02119

MIGDALIA LASTRE MARTINEZ
BO CORAZON 11 8CANDELARIA
GUAYAMA PR 00784

MIGUEL A IRIZARRY CEDENO
PO BOX 146
MERCEDITA, PR 00715-0146

MIGUEL VARGAS VELEZ
AIDA ARVELO MENDEZ
H C01 BOX 2294
LAS MARIAS PR
00670

MILAGROS LUZUNARIS TARRATS
ATTY MYOSOTIS VARGAS
PO BOX 1440
CAROLINA PR 00984 1440

MILAGROS LUZUNARIS-TARRATS
PO BOX 476
CULEBRA, PR 00775-0476

MIOSOTI M BAEZ LOPEZ
HC 10 BOX 49185
CAGUAS PR 00725-9661

MIRELIZ AGOSTO
HC4 BOX 4586
LAS PIEDRAS PR 00771-9623

MIREYA PEREZ BONILLA
RR-1 BOX 6812-4
GUAYAMA PR 00784-3589

MIRTA I RIVERA RUIZ
LA LULA CALLE 3 E 6
PONCE  PR 00730

MOISES QUINONES
PO BOX 366269
SAN JUAN PR 00936-6269

MONSERRATE CHARDON NEGRON
HC 1 BOX 4930
UTUADO PR 00641-9297

MYRNA COLON COLON
PO BOX 939
COMERIO PR 00782-0939

NANNETTE RODRIGUEZ MALDONADO
BO CAMARONES NO 079
CARRETERA 560
VILLALBA PR 00766

NATHANAEL GIRONA
HC 01 BOX 26901
SABANA HOYOS, PR 00688-9038

NECTARINA RODRIGUEZ
APT 155 NARANJITA
PR 00719

NELLY ANN GONZALEZ RODRIGUEZ
PARC MARQUEZ CALLE CEIBA
NUM 14 MANATI PR 00674

NELSON H ORTIZ DE JESUS
PO BOX 286
SANTA ISABELA PR 00757-0286

NERYS M ORTIZ FONTANEZ
HC 05 BOX 4776
YABUCOA PR 00767-9658

NEVELYN CRUZ TORRES
PO BOX 205
JUANA DIAZ OR 00795-0205

NILDA I DIAZ ALGARIN
URB ORIENTE BUZON 188
CALLE JOSE CAMPECHE
LAS PIEDRASA PR 00771

NILDA I DIAZ RAMOS
HC1 BOX 4060
BAD MARIN
BUENA VISTA
ARROYO PR 00714-9774

NILSA AYALA
HC 2 BOIX 19301
BO AGUACATE
YABUCOA PR 00767

NOEL CUEVAS AQUINO
HC03 9822 BO PUEBLO
LARES PR 00669-9567

NOELIS MIRANDA SANCHEZ
PMB 589 PO BOX 2500
TOA BAJA PR PR 00951-2500

NORBERTO COLON TURELL
HC 07 BOX 2523
PONCE PR 00731-9665

NORMA I RIVERA
RR8 BOX 1995 PMB 170
BAYAMON PR 00956-9825


ODILIO SANTIAGO MELENDEZ
BOX 717
COAMO PR 00769-0717

OEL ORTIZ TORRES
HC 2 BOX 5752
COMERIO PR 00782-9623

OLGA ROHENA DOMINGUEZ
HC 01 BOX 11251
CAROLINA PR 00987-9614


OMAR A NEGRON PAGAN
PMB 113
HC 72 BOX 3766
NARAMJITO, PR 00719-8788

OMAR SANTIAGO ZAMBRANA
BOX 2099
UTUADO PR 00641-2099

ORLANDO ESPADA ESPADA
PO BOX 6004
VILLALBA, PR 00766-6004


OSCAR O GONZALEZ SOLIVAN
URB BORINQUEN VALLEY
CALLE JACHO NUM 148
CAGUAS PR 00725-9809

OSVALDO IRIZARRY RODRIGUEZ
PO BOX 560767
GUAYANILLA PR 00656-3767

OSVALDO TORRES DEL VALLE
HC02 BOX 7681
CAMUY PR 00627-9736


PABLO A DIAZ
DAISY M COSME BAEZ
PO BOX 1038 COMERIO
PR 00782-1038

PANAMERICAN/CITIBANK
PO BOX 11917
SAN JUAN, PR 00922-1917

PEDRO A CLAUDIO ALVARADO
10937
110 ST
SOUTH OZONE PARK, NY 11420


PEDRO LUIS SANTIAGO SANTOS
URB VALLE SAN LUIS NUM 160
CALLE SAN JUAN MOROVIS
PR 00687

PEDRO SANABRIA CACERES
REPARTO VISTA BOQUERON NUM 19
CABO ROJO PR 00623-4355

RADAMES QUINONES
LOS CAOBOS CALLE PAJUIL
2483 PONCE PR 00731


RAFAEL CARBONELL TORO
C/O MARIA TORO
HC 1 BOX 4558
YABUCOA PUERTO RICO 00767-9647

RAFAEL CORREA
P.O. BOX 62
CANOVANAS P.R. 00729-0062

RAFAEL GIMENEZ SOSA
BOX 494
CANOVANAS PR 00729-0494


RAFAEL J MARTINEZ COLLAZO
PO BOX 1332
RAMAL 9902 JACANAS PIEDRAS BLANCAS
YABUCOA PR  00767

RAFAEL PASTRANA
COND DE DIEGO 444 APT 1806
SAN JUAN PR 00923-3057

RAISA SAN JURJO FERNANDEZ
ALONDRA 147
BRISA DE CANOVANAS
CANOVANAS PR 00729-3019


RAMON L FIGUEROA ORTIZ
HC 75 BOX 1809
NARRANJITO PR 00719-9719

RAMON L SANTANA MELENDEZ
HC 03 BOX 8816
GUAYNABO PR 00971-9732

RAMON RODRIGUEZ ROSADO
FELICITA RAMOS RODRIGUEZ
HC 2 BOX 9721
LAS MARIAS PR 00670-9013


RAMON RUIZ
URB KENNEDY NUM 25
PENUELAS PR 00624

RAMON TORRES QUINONES
3240 N KIP STREET PHILADELPHIA
PH 19134

RAMON TORRES QUINONES
HC 02 BOX 50367
COMERIO PR 00782-9670

RAUL CARABALLO ACOSTA
KATHERINE PACHECO ECHEVARRIA
20 EVERETT GAYLORD BLVD APT 9
WORCESTER MA 01608-1017

RAYMOND CABRERA MEDINA
HC 64 BUZON 8417
PATILLAS PR 00723-9720

REINALDO RODRIGUEZ
PO BOX 203
LANCASTER PA 17608-0203

REINALDO SANTOS QUILES
HC 02 BOX 6514
JAYUYA PR 00664-9630

REINALDO SANTOS QUILES
HC-02 BOX 6514
JAYUYA PR 00664-9630

RENE RIVERA RIVERA
COLINAS DEL MARQUEZ
CALLE MONSERRATE D-17
VEGA BAJA PR 00693-3406

REYNALDO RODRIGUEZ RODRIGUEZ
BO LOMAS COLES
HC 03 BUZON 8000
CANOVANAS, PR 00729-9914

REYNALDO RODRIGUEZ RODRIGUEZ
BO. LOMAS COLES HC-03 BOX 8000
CANOVANAS PR 00729

RHADAMES URRUTIA CABRERA
HC 05 BOX 5161
YABUCOA PR 00767 9665

RICARDO CASTELLANO
HC03 BOX 8953
GUAYNABO PR 00971-9734

RICARDO FALERO LOPEZ
O EVELYN BORRERO
C 19 V 1
LAGOS DE PLATA LEVITTOWN
TOA BAJA PR 00949

RICARDO FELICIANO PACHECO
HC 01 BOX 9006
PENUELAS PR 00624-9249

RICARDO TORRENS OSORIO
HC 4 BOX 140 84 CAROLA
RIO GRANDE PR 00745

RIGOBERTO BAUZA VARGAS
NORMA VARGAS RODRIGUEZ
HC 06 BOX 4494
COTO LAUREL PR 00780

ROBERTO J ARROYO
HC 01 BOX 10818
GUAYANILLA PR 00656-9526

ROBERTO KUILAN NIEVES
HC 74 BOX 5367
NARANJITO PR 00719-7564

RODOLFO LICIAGA ACEVEDO
HC 03 BOX 12487 CAMUY PR 00617

ROLANDO MARRERO ALEJANDRO
HC 02 BOX 9201
CARR 156 KM 2.3
BO BOTIJOS 2
OROCOVIS PR 00720-9456

ROSA DIAZ COLON
RR 1 BOX 6702
GUAYAMA PR 00784-3556

ROSA L RAMOS
8850 CADURA CIRCLE
ELK GROVE CA 95624-2241

ROSARIO A BAEZ GARCIA
#261 CALLE 4
TRUJILLO ALTO PR 00976

RUTH H LEBRON RIVERA
PMB 2202
PO BOX 6400
CAYEY PR 00737-6400

RUTH M AQUINO MUNIZ
HC 05 BOX 7076
GUAYNABO PR 00971-9579

SAMUEL REYES FIGUEROA
HC 6 BOX 10265
YABUCOA PR 00767-9722

SAMUEL SOTO RODRIGUEZ
APARTADO 705
MANATI PR 00674-0705

SAMUEL VELEZ VELAZQUEZ
PO BOX 6977
CAGUAS PR 00726-6977

SANDALIO CRUZ DIAZ
HC 2 11671
HUMACAO PR 00791-9344

SARA VAZQUEZ ORTIZ
PO BOX 873
OROCOVIS PR 00720-0873

SHEILA M CASTRO REYES
HC 3 BOX 9493
YABUCOA PR 00767-9703

SHIRLEY SANTIAGO SEGARRA
PARCELAS NUEVA VIDA EL TUQUE
D 5 CALLE 8 A
PONCE PR 00728

SHOMARA MALDONADO
HC-01 BOX 16968
HUMACAO PR 00791-9017

SHOMARA MALDONADO DIAZ
HC 01 BOX 6968
HUMACAO PR 00791

SOLAMINA CASTRO PAHCECO
COMERCIO NUM 86
YAUCO PR 00698-3511

SONIA I SANTIAGO SEDA
PARC SABANA ENEAS
537 CALLE 23
SAN GERMAN PR 00683-3761

STEFANY PEREZ VERA
BO. MARTIN GONZALEZ
CALLE GREDA 381
CAROLINA, PR 00987-7249

Samuel Reyes-Figueroa
PO Box 1686
Yabucoa, PR 00767-1686

(c)TANYA W MATOS LEON
GEOVANNI NUNEZ DE JESUS
231 SECT VISTA ALEGRE
CIDRA PR  00739-1359

TEOFILO CRESPO MATIAS
ROLDAN Y NAVEDO LAW OFFICE
ISRAEL ROLDAN GONZALEZ ESQ
49 BETANCES ST
AGUADILLA PR 00603-5036

VICTOR E KERCADO TORRES
HC 02 BOX 12520
AGUAS BUENAS PR 00703-9602

VICTOR VEGA NUNEZ
PMB 2202
PO BOX 6400
CAYEY PR 00737-6400

VILMA BERNIER COLON
URB COSTA AZUL
CALLE 24 NUM 04
GUAYAMA PR

VIRGEN J PENA MELENDEZ
PO BOX 1102
OROCOVIS PR 00720-1102

VIRGEN M GARCIA RIVERA
HC 02 BOX 3790
PENUELAS PR 00624-9613

VIVIAN LOPEZ RIVERA
C/ RIAZA #539
URB MATIENZO CINTRON
SAN JUAN PR 00923-2119

WANDA I FRANCO RAMOS
PO BOX 1145
CIDRA PR 00739-1145

WANDA I VAZQUEZ AVILES
PO BOX 214
BARRANQUITAS PR 00794-0214

WANDA N ALEMAN ALEMAN
HC 61 BOX 4965
TRUJILLO ALTO PR 00976-9728

WANDA QUINONES ACOSTA
HC 01 BOX 7317
LOIZA PR 00772

WILFREDO ACEVEDO
IRIS M RIOS RIOS
BO PIEDRAS BLANCAS
HC 03 BOX 32535
AGUADA PR 00602-9764

WILFREDO BAEZ COLON
HC 04 BOX 5574
GUAYNABO PR 00971-9523

WILFREDO MARTINEZ
CALLE JERUSALEM #88B
BDA SAN LUIS
AIBONITO PR 00705-3131

WILFREDO SALCEDO RODRIGUEZ
HC 3 BOX 5168
ADJUNTAS OR 00601-9336

WILMYNDA RODRIGUEZ RIVERA
ARMANDO J PICART
BARRIADA SANTA ANA CALLE D 138 17
GUAYAMA PR 00784

XAVIER RODRIGUEZ COLON
HC 6 BOX 10175
YABUCOA PR 00767-9720

YADIRA ACEVEDO SANTIAGO
HC 02 BOX 4801
SABANA HOYOS PR 00688-9523

YAIMARI PADILLA GIL
Y O JOSE ORRIOLS LOPEZ
HC 2 BOX 6214
BAJADERO, PR 00616-9758

YARITZA COLON MORALES
HC 01 BOX 3691
AIBONITO PR 00705-9702

YARITZA MARTINEZ PEREZ
HC 58 BOX 14563
AGUADA PR 00602-9914

YARITZA VAZQUEZ MERCADO
APARTADO 387
AGUAS BUENAS PR 00703-0387

YESENIA DIAZ BERRIOS
HC 03 BOX 8066 BATAS
PR 00794-8593

YESENIA TORRES MIRANDA
HC 01 BOX 5981
OROCOVIS PR 00720-9261

YOLANDA ALVARADO RODRIGUEZ
PO BOX 561025
GUAYANILLA PR 00656-3025

YOLANDA ARZUAGA PENA
RENE VELEZ TOLEDO
HC 02 BOX 16513
GURABO PR 00778-9626

ZINDIA J PEREZ RUIZ
CALLE MEJIAS 27
YAUCO PR 00698-3363

ZORAIDA AYALA SOTO
PO BOX 2
MOCA PR 00676-0002

ZULEYKA PEREZ GONZALEZ
HC 01 BOX 4218
UTUADO PR 00641-9133

ZULMA F REYES FERNANDEZ
BO RIO ABAJO RR 01 BUZON 2072
CIDRA PR 00739-9810

ALEXANDRO VELAZQUEZ TORRES
URB HACIENDA LA MATILDE
CALLE BAGAZO 5358
PONCE, PR 00728-2433

ALEXIS ROSADO RIVERA
RUTA HC 02 6570
LARES, PR 00669-9715

AMADIS HERNANDEZ CARRASQUILLO
RIO PIEDRAS HEIGHTS
SAWEN 1689
SAN JUAN, PR 00926

AMERICO LAZU CLAUDIO
HC 5 BOX 5153
YABUCOA, PR 00767-9445

ANEUAI CASTRO HUERTAS
HC 01 BOX 31003
JUANA DIAZ, PR 00795-9736

ANGEL IRIZARRY RIVERA
HC 02 BOX 6577
ADJUNTAS, PR 00601-9281

ANGELICA RODRIGUEZ
HC 4 BOX 8673
AGUAS BUENAS, PR 00703-8832

ARMANDO JOSE PICART
BARRIADA SANTA ANA
CALLE D #138-17
GUAYAMA, PR 00784-7291

AXEL FERNANDEZ GUZMAN
HC 08 BOX 753
PONCE, PR 00731-9453

BRISEIDA Y. DELGADO MIRANDA
PMB 112, 130 Winston Churchill Ave.,
Suite 1
San Juan, PR 00926-6066

CARLOS CARABALLO GUTIERREZ
CALLE HERIBERTO TORRES #3
BARRIADA GUAYDIA
GUAYANILLA, PR 00656-1203

CARMEN M OZORIO PEREZ
PO BOX 1149
VIEQUES, PR 00765-1149

CELESTINA BAEZ
CALLE 26 XX
BOX 9084
CAGUAS, PR 00726-9084

CHARLES ALFRED CUPRILL
CHARLES A CURPILL, PSC LAW OFFICE
356 CALLE FORTALEZA
SECOND FLOOR
SAN JUAN, PR 00901-1717

CHARLES P GILMORE
C/O O'NEILL & GILMORE
CITIBANK TOWERS STE1701
252 PONCE DE LEON AVE
SAN JUAN, PR 00918-2022

Christian Perez Morales
Bo. Rosario Alto 10282 Carr. 348
San German, PR 00683-9042

DARIO HERNANDEZ SANCHEZ
HC 4 BOX 11620
YAUCO, PR 00698-9517

DOEL PEREZ HERNANDEZ
PO BOX 1428
OROCOVIS, PR 00720-1428

ELBA PINTADO MELENDEZ
URB BELLA VISTA
O-49E CALLE 24
BAYAMON, PR 00957-6105

ELENA OTERO OTERO
23 CALLE CANAS
ADJUNTAS, PR 00601-2105

ELSA I PASTRANA CRUZ
BDA SANTIAGO YUMA 295
NAGUABO, PR 00718-3038

EMILIO ORENGO TORRES
BO. DULCES LABIOS
206 CALLE DR. VEVE
MAYAGUEZ, PR 00682-3157

Elvin Plaza Maldonado
Res. Villa Valle Verde
Apt. 70 Edif. F
Adjuntas, PR 00601

FEDERAL LITIGATION DEPT. OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

FELIX RIVERA GOTAY
MIGDALIA VALEDON HERNANDEZ
URB LLANOS DEL SUR
503 CALLE MARGARITA
COTO LAUREL
PONCE, PR 00780-2836

FRANK HERNANDEZ GOMEZ
HC 11 BOX 12094
HUMACAO, PR 00791-9403

Flor Pena-Nieves
PO Box 257
Culebra, PR 00775-0257

GAMALIER RIVERA RIVERA
HC 74 BOX 5456
NARANJITO, PR 00719-7483

GILBERTO ELOSEGUI-MARQUEZ
PO BOX 1370
JUNCOS, PR 00777-1370

GLADYS E. TABORADA RAMIREZ
CALLE CENTRAL #131
COTO LAUREL
PONCE, PR 00780-2103

GLORYVEE REYES FIGUEROA
HC 02 BOX 6080
JAYUYA, PR 00664-9620

HAYDEE CAJIGAS ALVAREZ
HC-02 BOX 40911 RIO ABAJO
VEGA BAJA, PR 00693-9605

HECTOR REYES
HC 01 BOX 16968
HUMACAO, PR 00791-9017

HECTOR L TORRES GONZALEZ
RR #2 BOX 6806
MANATI, PR 00674-9624

IRIS NEREIDA FELICIANO-RIVERA
PO BOX 233
CULEBRA, PR 00775-0233

ISIS MORALES CARMONA
COND QUINTAVALLE
110 C/ACUARELA BOX 43
GUAYNABO, PR 00969-3595

IVETTE NATAL CRESPO
2204 COND PALMA DORADA
VEGA ALTA, PR 00692-8946

JACQUELINE ROQUE DIAZ
PO BOX 375
AGUIRRE, PR 00704-0375

JANET MEDINA CRUZ
CALLE CEIBA #133 URB BRISAS DE EMAJ
MAUNABO, PR 00707-3823

JANETTE DE LA PAZ
PMB 549 CALLE SIERRA MORENA 267
SAN JUAN, PR 00926-5574

JEANNETTE ROLON MALAVE
URB. PASEO COSTA DEL SUR
CALLE 14 #389
AGUIRRE, PR 00704-2883

JESUS E RODRIGUEZ RIVERA
HC 03 BOX 10946
JUANA DIAZ, PR 00795-9849

JOSE VAZQUEZ MEDINA
URB JESUS MARIA LAGOS
M 32
UTUADO, PR 00641

JOSE A SANCHEZ RODRIGUEZ
HC 01 BOX 3138
LAS MARIAS, PR 00670-9432

JOSE A VELEZ VALLE
RR 01 BUZON 255
ANASCO, PR 00610-9708

JOSE L SOLIVAN SANTIAGO
BO FARALLON CARR 742 BOX 27309
CAYEY, PR 00736-9464

JOSE M CORREA ALVARADO
HC-01 BOX 2476
UTUADO, PR 00641

JOSE MANUEL TORRES
HC 3 BOX 7995
BARRANQUITAS, PR 00794-8583

JOSELYN HERNANDEZ RODRIGUEZ
PO BOX 851
PONCE, PR 00624-0851

JUAN C AVILES VAZQUEZ
PARCELAS AMADEO
AVE. ANGEL SANDIN #5
VEGA BAJA, PR 00693-5109

JUAN C SANTIAGO RODRIGUEZ
HC 4 BOX 6791
YABUCOA, PR 00767-9509

JUAN CARLOS BERMUDEZ AYALA
HC3 BOX 10636
COMERIO, PR 00782-9561

JUAN YAMIL TORRES GONZALEZ
HC 02 BOX 6497
ADJUNTAS, PR 00601-9266

JULIA ROMERO TAPIA
BRISAS DE LOIZA EDIF 8 APT 50
LOIZA, PR 00772

JULIANA M GONZALEZ LOPEZ
PO BOX 578
CIDRA, PR 00739-0578

JULIO A ACEVEDO SOLER
HC 01 BOX 2664
FLORIDA, PR 00650-9792

Jose Miguel Arroyo Matias
HC 2 BOX 6448
ADJUNTAS, PR 00601-9259

LEONEL MERCADO TORRES
HC-02 BOX 3499
PEUELAS, PR 00624-9635

LIZ Y NUNEZ RIVERA
HC 04 BOX 43925
LARES, PR 00669-9429

LUIS CRUZ LOPEZ
172 LA CORUNA STREET
CIUDAD JARDIN
CAGUAS, PR 00727-1354

LUIS A RIVERA OJEDA
621 LAS VEREDAS
BO SALTO ARRIBA
UTUADO, PR 00641-7534

LUZ M CARTAGENA RAMOS
AU 31 47ST URB LA HACIENDA
GUAYAMA, PR 00784

LUZ R SANTOS BERRIOS
HC 3 BOX 7641
BARRANQUITAS, PR 00794-8521

LYSSETTE MORALES VIDAL
AQUAMARINA 76
URB VILLA BLANCA
CAGUAS, PR 00725-1908

MADELINE BURGOS SANTIAGO
HC-01 BOX 3594
MOROVIS, PR 00687-8133

MARIA FRANQUI ARCE
HC 03 32470
HATILLO, PR 00659-7821

MARIA RUBERT M SOTO
BOX 38
SAN LORENZO, PR 00754-0038

MARIA MERCEDES COLON
HC 3 BOX 7995
BARRANQUITAS, PR 00794-8583

MARIAN Y LEBRON
HC 64 BUZON 8417
PATILLAS, PR 00723-9720

MARILYN FLORES ORTIZ
HC 015914
OROCOVIS, PR 00720

MARITZA AYALA TAON
HC-03 BOX 10636
COMERIO, PR 00782-9561

MELANIE VELAZQUEZ-ROJAS
HC-02 BOX 9979
JUNCOS, PR 00777-9848

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

NELIDA RAMIREZ RUIZ
CALLE AYMACOS E11
PARQUE LAS HACIENDAS
CAGUAS, PR 00727-7731

NERBA CLEMENTE RIOS
PO BOX 43002
SUITE 200
RIO GRANDE, PR 00745-6601

NILSA AYALA
HC 02 BOX 19301
BO AGUACATE
YABUCOA, PR 00767-9329

PEDRO SANABRIA CACERES
REPARTO VISTA BOQUERON #19
CABO ROJO, PR 00623-4355

PEDRO A CLAUDIO
10937
110 ST
S OZONE PARK
QUEENS, NY 11420

RAMON RODRIGUEZ ROSADO
HC 2 BOX 9721
LAS MARIAS, PR 00670-9013

RAYMOND G MEDINA
HC 64 BUZON 8417
PATILLAS, PR 00723-9720

RENE RIVERA RIVERA
COLINAS DEL MARQUEZ
D 17 CALLE MONSERRATE
VEGA BAJA, PR 00693-3406

REYNALDO RODRIGUEZ-RODRIGUEZ
BO LOMAS COLES
HC-03 BOX 8000
CANOVANAS, PR 00729-9914

RICARDO FALERO LOPEZ
LAGOS DE PLATA
C 19 V-1 LEVITOWN
TOA BAJA, PR 00949

ROSA E RODRIGUEZ VELEZ
US ATTORNEYS
TORRE CHARDON STE 1201
350 CARLOS E. CHARDON AVE
SAN JUAN, PR 00918-2124

SANDALIO CRUZ DIAZ
HC2 11671
HUMACAO, PR 00791-9344

STEFANY PEREZ VERA
BO. MARTIN GONZALEZ
CALLE GREDA #381
CAROLINA, PR 00987-7249

WANDA SANTIAGO VELEZ
HC 66 PO BOX 8857
FAJARDO, PR 00738

WANDA IRIS FRANCO RAMOS
PO BOX 1145
CIDRA, PR 00739-1145

WILBERTO RODRIGUEZ RIVERA
BARRIO SANTA ANA
CALLE D #138-17
GUAYAMA, PR 00784-7291

WILFREDO BAEZ COLON
HC 04 BOX 5574
BO HATO NUEVO
GUAYNABO, PR 00971-9523

WILFREDO MARTINEZ GONZALEZ
PO BOX 1972
AIBONITO, PR 00705-1972

YAIMARI PADILLA GIL
HC-02 BOX 6214
BAJADERO, PR 00616-9758

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

TANYA W MATOS LEON
GEOVANNI NUNEZ DE JESUS
RR 2 BOX 5553
CIDRA PR 00739

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FURIEL AUTO CORP.

(d)ANGEL LUIS PEREZ VAZQUEZ
HC 09 BOX 1599
PONCE, PR 00731-9747

(u)CELESTINO BAL
BOX 980

(d)CRIM
PO BOX 195387 SAN JUAN PR 00919-5387

(u)DANTZLER, INC.

(u)EDUARD O CRUZ QUINONES
HC04 BOX 14285 MOCA PR

(u)ELLIOT M. FRATICELLI SANTIAGO
URB ROOSVELT 11 YAUCO PR 0068

(u)ELVIN ORTIZ
EXT COQUI CALLE PICA FLOR 6 96

(u)JULIO SANTIAGO PEREZ
HC 3 BOX 5269 ADJUNTAS
PR 601

(d)MARLENE RODRIGUEZ RIVERA
PO BOX 3239
JUNCOS, PR 00777-6239

(u)VIRGINIA GARCIA PEREZ
HC 03 BOX 20095 LAJAS PR

(d)ALBERTO LUIS RAMOS QUILES
PO BOX 311
OROCOVIS, PR 00720-0311

(u)ANGEL L PEREZ VAZQUEZ

(d)ABELIS NEGRON RODRIGUEZ
2031 CALLE NUEVA VIDA
YAUCO, PR 00698-4884

(u)Berrios Berrios Aleida
Hernandez Law Office
PMB #108 HC 72 Box 3766
Naranjito00719

(d)CARMEN M ORTIZ RIVERA
PO BOX 5013
VEGA ALTA, PR 00692-5013

(d)CASSANDRA THOMPSON
PO BOX 8295
CHRISTIANSTED, VI 00823-8295

(d)DAMARIE LUGO VAZQUEZ
HC 10 BOX 7650
SABANA GRANDE, PR 00637-9694

(d)DUANNER AYALA-MALDONADO
PO BOX 426
CULEBRA, PR 00775-0426

(d)ELBA L CRESPO ROMAN
PO BOX 4683
SAN SEBASTIAN, PR 00685-4683

(d)ESAU RIOS TORRES
HC 3 BOX 9836
SAN GERMAN, PR 00683-9724

(d)GIOVANI VALENZUELA
1909 TOLBERT TERR.
APT 202
CHESTER, VA 23836-2825

(d)GLORYVETTE RAMOS MARTINEZ
PO BOX 630
ADJUNTAS, PR 00601-0630

(d)IRIS E ORTIZ ORTIZ
RR-1 BOX 10632
OROCOVIS, PR 00720-9611

(d)ISMAEL MATOS ARBELO
HC-04 BOX 17259
CAMUY, PR 00627-7601

(d)ISRAEL ALVARADO MERCADO
HC 72 BOX 3882
NARANJITO, PR 00719-8761

(d)JAVIER GUTIERREZ SANTIAGO
PO BOX 341
CATANO, PR 00963-0341

(d)JESUS RODRIGUEZ MARIN
HC 03 BOX 10946
JUANA DIAZ, PR 00795-9849

(d)JOHN & GRACIELA CANDELARIA
591 BROOKLYN AVE.
BALDWIN, NY 11510-2606

(d)JORGE A ORTIZ CRUZ
PO BOX 1442
COAMO, PR 00769-1442

(d)JOSE E MOLINA MOLINA
PO BOX 815
TOA BAJA, PR 00951-0815

(d)JOSE J CARABALLO LOPEZ
HC01 BOX 3836
ADJUNTAS, PR 00601-9558

(d)JOSE LUIS FERNANDINI TORRES
PO BOX 632
ADJUNTAS, PR 00601-0632

(d)JUAN A RIVERA RIVERA
PO BOX 217
CIALES, PR 00638-0217

(d)LEOMARIS COLON ORTIZ
PO BOX 1008
AIBONITO, PR 00705-1008

(u)LILLIAM PEREZ REYES

(d)LILLIAN ALMODOVAR ALMODOVAR
HC-01 BOX 17056
HUMACAO, PR 00791-9024

(d)LUCILA JORGE CINTRON
43 CALLE DOCE DE OCTUBRE
PONCE, PR 00730-3145

(u)LUIS A CRUZ GOMEZ

(d)LUIS J MALDONADO MARTINEZ
PO BOX 461
MOROVIS, PR 00687-0461

(d)MARIA RODRIGUEZ HERNANDEZ
29 CALLE AGUA
PONCE, PR 00730-3080

(u)MARIANO J ORTIZ FLORES

(d)MARISOL JUSINO COTTE
HC-04 BOX 22143
LAJAS, PR 00667-9421

(d)NICDALIA L MARTINEZ
34 B ST ALPHONSUS
ROXBURY, MA 02119

(d)MIGUEL A IRIZARRY CEDENO
PO BOX 146
MERCEDITA, PR 00715-0146

(d)MILAGROS LUZUNARIS-TARRATS
PO BOX 476
CULEBRA, PR 00775-0476

(d)RHADAMES URRUTIA CABRERA
HC-05 BOX 5161
YABUCOA, PR 00767-9665

(d)RICARDO FELICIANO PACHECO
HC 01 BOX 9006
PENUELAS, PR 00624-9249

(d)RUTH H LEBRON RIVERA
PMB 2202 PO BOX 6400
CAYEY, PR 00737-6400

(d)RUTH M AQUINO MUNIZ
HC-05 BOX 7076
GUAYNABO, PR 00971-9579

(d)SAMUEL VELEZ VELAZQUEZ
PO BOX 6977
CAGUAS, PR 00726-6977

(d)SHOMARA MALDONADO
HC 01 BOX 16968
HUMACAO, PR 00791-9017

(u)Samuel Reyes-Figueroa

(d)VICTOR VEGA NUNEZ
PMB 2202 PO BOX 6400
CAYEY, PR 00737-6400

(d)YARITZA VAZQUEZ MERCADO
APARTADO 387
AGUAS BUENAS, PR 00703-0387

(d)YOLANDA ALVARADO RODRIGUEZ
PO BOX 561025
GUAYANILLA, PR 00656-3025

End of Label Matrix
Mailable recipients    548
Bypassed recipients     56
Total                  604