IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:

 EMPRESA LOCAL GLOBAL INC

66-0433675

                 Debtor(s)

CASE NO. 14-06675-BKT11

Chapter 11

FILED & ENTERED ON JUN/09/2020

NOTICE TO DEBTORS, CREDITORS, AND OTHER PARTIES IN INTEREST

    Please be informed that the hearing scheduled for July 29, 2020 at 9:30 AM will be held as scheduled via Skype for Business.  All parties that wish to appear at the Skype for Business hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at prb.uscourts.gov.

    If technical difficulties prevent you from joining the hearing through the internet, you may join by dialing (787) 291-9304 and entering the Conference ID found in your Skype E-mail Invite, followed by #. (Check your spam or junk mail folder in case you cannot find your Skype E-mail Invite in your general inbox).

    If you wish to appear at the Skype hearing but do not have access to e-mail and/or the internet, you must call the Clerk's office at (787) 977-6000 **at least 24 hours prior to the hearing** to get a Conference ID. On the day of the Skype hearing, you can dial (787) 291-9304, enter the Conference ID, and press # to connect to the hearing.

    In San Juan, Puerto Rico, this 9 day of June, 2020.

                        MARIA DE LOS ANGELES GONZALEZ, ESQ.
                             Clerk of the Court

                        By: Marta Borrego
                             Deputy Clerk
c: all parties